## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

JONATHAN A. WILLIAMS (#305301)                                    CIVIL ACTION

VERSUS

WARDEN JASON KENT                                        No.: 17-01144-BAJ-EWD

### RULING AND ORDER

Before this Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 6)** pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation addresses Petitioner's petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254. The Magistrate Judge recommended that the action be transferred to the Eastern District of Louisiana because, although Petitioner is currently incarcerated in Dixon Correctional Institute, his claims arose from proceedings that occurred in the Parish of Plaquemines. (Doc. 6 at p. 2). Accordingly, the Magistrate Judge found that the interests of justice favor transferring the action to the Eastern District of Louisiana where all proceedings giving rise to this action occurred and "where evidence and witnesses will more likely be easily located and produced." (*Id.* at 2–3).

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen (14) days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (*Id.* at p. 1). Neither party objected.

Having carefully considered the underlying Complaint, the instant motions, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 6)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the above-caption matter is hereby transferred to the Eastern District of Louisiana for further proceedings.

Baton Rouge, Louisiana, this 22nd day of February, 2018.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**